UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SEBIN JOSEPH, § § Plaintiff, § v. § § THE DIRECTOR OF TEXAS § SERVICE CENTER, UNITED § STATES CITIZENSHIP & § IMMIGRATION SERVICES § § Defendant. § | CIVIL ACTION NO. 4:22-CV-00973-SDJ-AGD |

**MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 12, 2024, the Report and Recommendation of the Magistrate Judge, (Dkt. #23), was entered containing proposed findings of fact and the recommendation that Plaintiff's Motion for Summary Judgement (Dkt. #15) be denied and Defendant's Cross-Motion for Summary Judgment, (Dkt. #16), be granted. Plaintiff timely filed objections to the Report (Dkt. #25). Having assessed the Report, the record in this case, and having conducted a de novo review of the objections, the Court determines that the objections are without merit as to the ultimate recommendation of the Magistrate Judge. The Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

- 2 -

It is therefore **ORDERED** that Plaintiff's Motion for Summary Judgment, (Dkt. #15), is **DENIED**. It is further **ORDERED** that Defendant's Motion to Strike Plaintiff's Combined Reply, (Dkt. #18), is **DENIED** as moot. It is further **ORDERED** that Plaintiff's Motion for Ruling, (Dkt. #22), is **DENIED** as moot. It is further **ORDERED** that Defendant's Cross-Motion for Summary Judgment, (Dkt. #16), is **GRANTED**. It is finally **ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**So ORDERED and SIGNED this 26th day of March, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE